ALICE M. MASTERS, Respondent, *v.* THE CITY OF TROY, Appellant.

(Argued June 19, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 21, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*R. A. Parmenter* for appellant.

*A. C. Comstock* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____

---

GEORGE NEY, Respondent, *v.* THE CITY OF TROY, Appellant.

(Argued June 19, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 8, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*R. A. Parmenter* for appellant.

*Charles E. Patterson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.